UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CELTIC MARINE CORPORATION          CIVIL ACTION NO: 05-1223

VERSUS

OMEGA PROTEIN, INC

ORDER

The following Motions in Limine are pending in this matter which is presently scheduled for trial on Monday, December 1, 2008:

1. Motion in Limine Regarding Celtic's Claim for Detrimental Reliance / Equitable Estoppel

2. Motion in Limine Regarding Celtic's Claim for Loss of Profits

3. Motion in Limine to Strike Celtic Exhibit 82, First Produced by Celtic on November 19, 2008 Regarding Alleged Lost Profits

4. Motion in Limine Regarding Celtic's Claim for Bad Faith Breach of Contract Damages

5. Motion in Limine Regarding Celtic's Claim for Loss of Business Reputation

6. Motion in Limine Regarding Celtic's Claim for Unjust Enrichment

The Court, considering the briefs and arguments of the parties, and for written reasons to be assigned at a later date,

**IT IS ORDERED** that each of the above Motions in Limine is **GRANTED.**

Signed in Baton Rouge, Louisiana on November 26, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA